UNITED STATES of America, Plaintiff–Appellee

v.

Andre PRESCOTT, Defendant–Appellant.

No. 08–10636
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 27, 2009.

Susan B. Cowger, Camille Elizabeth Sparks, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Laura S. Harper, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

The federal public defender appointed to represent Andre Prescott has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Prescott has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.